```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 08 B 23744
    ARCADIO GUTIERREZ
                                                    CHAPTER 13

                                                    JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-9718


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/09/08 .

    2.  The case was dismissed without confirmation, 10/03/2008.

-----------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------------
CHASE HOME FINANCE          CURRENT MORTG           .00            .00            .00
CHASE HOME FINANCE          MORTGAGE ARRE NOT FILED                .00            .00
WILL COUNTY TREASURER       SECURED                 .00            .00            .00
REMINGTON LAKES HOA         SECURED                 .00            .00            .00
INTERNAL REVENUE SERVICE    PRIORITY      NOT FILED                .00            .00
ALLSTATE                    UNSECURED     NOT FILED                .00            .00
AMERICAN EXPRESS            UNSECURED     NOT FILED                .00            .00
NCO FINANCIAL SYSTEMS       UNSECURED     NOT FILED                .00            .00
AT&T MOBILITY LLC           UNSECURED     NOT FILED                .00            .00
CCA                         UNSECURED     NOT FILED                .00            .00
AT&T MOBILITY LLC           UNSECURED     NOT FILED                .00            .00
FIA CARD SERVICES           UNSECURED     NOT FILED                .00            .00
CAPITAL ONE BANK            UNSECURED     NOT FILED                .00            .00
CAPITAL ONE BANK            UNSECURED     NOT FILED                .00            .00
CARDINAL CARTRIDGE INC      UNSECURED     NOT FILED                .00            .00
CHASE BANK USA              UNSECURED     NOT FILED                .00            .00
CHASE BANK USA              UNSECURED     NOT FILED                .00            .00
CINGULAR WIRELESS CHICAG    UNSECURED     NOT FILED                .00            .00
CREDIT PROTECTION ASSOC     UNSECURED     NOT FILED                .00            .00
CREDIT MANAGEMENT SERVIC    UNSECURED     NOT FILED                .00            .00
-----------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID

COMED                       UNSECURED     NOT FILED                .00            .00
COMED                       UNSECURED     NOT FILED                .00            .00
COMED                       UNSECURED     NOT FILED                .00            .00
EBI LP                      UNSECURED     NOT FILED                .00            .00
ESSINGTON PODIATRY GROUP    UNSECURED     NOT FILED                .00            .00
FIA CARD SERVICES           UNSECURED     NOT FILED                .00            .00
DAILY HERALD                UNSECURED     NOT FILED                .00            .00
RETRIEVAL MASTERS           UNSECURED     NOT FILED                .00            .00
ICE MOUNTAIN WATER          UNSECURED     NOT FILED                .00            .00
INTERNAL REVENUE SERVICE    UNSECURED     NOT FILED                .00            .00
JC PENNEY CO                UNSECURED     NOT FILED                .00            .00
```

```
MIDWEST CENTER FOR STRES  UNSECURED         NOT FILED              .00             .00
MONITRONICS               UNSECURED         NOT FILED              .00             .00
MIDWEST HAND CARE         UNSECURED         NOT FILED              .00             .00
NICOR GAS                 UNSECURED         NOT FILED              .00             .00
PITNEY BOWES              UNSECURED         NOT FILED              .00             .00
PRAIRIE EMERGENCY SERVIC  UNSECURED         NOT FILED              .00             .00
PROVENA ST JOSEPH MEDICA  UNSECURED         NOT FILED              .00             .00
RH DONNELLEY              UNSECURED         NOT FILED              .00             .00
SEARS BKRUPTCY RCVRY MGM  UNSECURED         NOT FILED              .00             .00
WILL COUNTY HEALTH C U    UNSECURED         NOT FILED              .00             .00
      Summary of disbursements:
------------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00           .00          .00          .00           .00
PRINCIPAL PAID           .00           .00          .00          .00           .00
INTEREST PAID            .00           .00          .00          .00           .00
TOTAL PAID               .00           .00          .00          .00           .00
```

The Debtor's attorney, JOSEPH WROBEL ESQ          , was allowed $          .00 and was paid $          .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/21/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                              PAGE   3
       CASE NO. 08 B 23744 ARCADIO GUTIERREZ
```